UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DANA MADDOX on behalf of D. M. and D. M., and RAYMOND FOSTER on behalf of H. F., minor children and heirs of JEANETTA RILEY, deceased,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF SANDPOINT, a political subdivision of the State of Idaho, CITY OF SANDPOINT POLICE DEPARTMENT, a department of the City of Sandpoint, SKYLAR CARL ZIEGLER, in his individual and official capacity, MICHAEL HENRY VALENZUELA, in his individual and official capacity, COREY COON, in his individual and official capacity, JOHN or JANE DOE #1-10 Employees of the Sandpoint Police Department, and SHANE RILEY, an heir of JEANETTA RILEY, deceased,<br><br>    Defendants. | Case No. 2:16-cv-00162-BLW<br><br>**ORDER REGARDING PHASED DISCOVERY** |

Based on the Stipulated Agreement on Phased Discovery (Dkt. 44), IT IS HEREBY ORDERED that any discovery needed by the Plaintiffs which relates to qualified immunity will be served so that it can be answered by December 1, 2016.

**ORDER REGARDING PHASED DISCOVERY** - 1

Defendants to file their motions related to the qualified immunity issue by December 16, 2016. Plaintiffs to respond by January 13, 2017.

DATED: September 27, 2016

B. Lynn Winmill
Chief Judge
United States District Court

**ORDER REGARDING PHASED DISCOVERY - 2**