UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHANE RILEY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SANDPOINT, CITY OF SANDPOINT POLICE DEPARTMENT, SKYLAR ZIEGLER, MICHAEL VALENZUELA, GARRETT JOHNSON, and COREY COON,<br><br>Defendants. | Case No. 2:16-cv-162-BLW<br><br>**SPECIAL VERDICT FORM** |

We, the jury, **unanimously** answer the questions submitted to us as follow:

*Excessive Force Claim*

**For further instruction on the elements of an excessive force claim see Instructions 11-15**

**Question 1:** Did defendant Michael Valenzuela use excessive force on Jeanetta Riley on July 8, 2014?

_____     ✓
 Yes        No

**Question 2:** Did defendant Skylar Ziegler use excessive force on Jeanetta Riley on July 8, 2014?

_____     ✓
 Yes        No

SPECIAL VERDICT FORM                     1

*If you have answered "No" to Questions 1 and 2, skip to Question 8. If you have answered "Yes" to either Question 1 or 2, then proceed to answer Questions 3-7.*

### Claim Against City of Sandpoint, Sandpoint Police Department, and Chief of Police Corey Coon

**For further instruction on the elements of Shane Riley's claim against the City of Sandpoint, Sandpoint Police Department, and Chief of Police Corey Coon see Instructions 11-15**

**Question 3:** Did the City of Sandpoint, Sandpoint Police Department, or Chief Coon fail to adequately train its officers to handle usual and recurring situations like the one they faced on July 8, 2014?

_____  _____
 Yes       No

*If you have answered "No" to Question 3, skip to Question 6. If you have answered "Yes" to Question 3, then proceed to answer Questions 4-5.*

**Question 4:** Was the City of Sandpoint, Sandpoint Police Department, or Chief Coon deliberately indifferent to the obvious consequences of the failure to train its law enforcement officers adequately?

_____  _____
 Yes       No

**Question 5:** Did the City of Sandpoint, Sandpoint Police Department, or Chief Coon's failure to adequately train its officers cause the deprivation of Jeanetta Riley's Fourth Amendment Rights on July 8, 2014?

_____  _____
 Yes       No

**Question 6:** Did Officers Ziegler and Valenzuela act pursuant to an expressly adopted official policy of the City of Sandpoint or the Sandpoint Police Department on July 8, 2014?

_____  _____
 Yes       No

SPECIAL VERDICT FORM                            2

*If you have answered "No" to Question 6, skip to Question 8. If you have answered "Yes" to Question 6, then proceed to answer Question 7.*

**Question 7:** Did the City of Sandpoint or the Sandpoint Police Department's official policy cause the deprivation of Jeanetta Riley's Fourth Amendment rights on July 8, 2014?

_____        _____
  Yes           No

### Unlawful Seizure Claim

**For further instruction on the elements of an unlawful seizure claim see Instructions 11-15**

**Question 8:** Did defendant Garrett Johnson violate Shane Riley's Fourth Amendment right to be free from unlawful seizure on July 8, 2014?

_____        ___✓___
  Yes           No

### Negligence & Wrongful Death Claims

**For further instruction on the elements of Shane Riley's wrongful death and negligence claims see Instructions 16-19**

**Question 9:** Did the defendant Michael Valenzuela negligently cause Jeanetta Riley's Death?

_____        ___✓___
  Yes           No

**Question 10:** Did the defendant Skylar Ziegler negligently cause Jeanetta Riley's Death?

_____        ___✓___
  Yes           No

*If you have answered "No" to Questions 9 and 10, skip to Question 12. If you have answered "Yes" to either Question 9 or 10, then proceed to answer Question 11*

SPECIAL VERDICT FORM                                3

As to each party to which you answered "Yes" to Question 9 or 10 (above), determine the percentage of fault for that party, and enter the percentage on the appropriate line. If you answered "No" to Question 9 or 10, insert a "0" or "Zero" as to that party. Your total percentages must equal 100%.

**Question 11:** What is the percentage of fault (if any) you assign to each of the following for the death of Jeanetta Riley:

To the Defendant Michael Valenzuela: \_\_\_\_%

To the Defendant Skylar Ziegler: \_\_\_\_%

To Jeanetta Riley: \_\_\_\_\_%

Total must equal: 100%

**Question 12:** Did the defendant Michael Valenzuela negligently cause Shane Riley severe emotional distress?



_____ Yes  ✓ No

**Question 13:** Did the defendant Skylar Ziegler negligently cause Shane Riley severe emotional distress?



_____ Yes  ✓ No

*If you have answered "No" to Questions 12 and 13, skip to Question 15. If you have answered "Yes" either Question 12 or 13, then proceed to answer Question 14.*

As to each party to which you answered "Yes" to Questions 12, and 13 (above), determine the percentage of fault for that party, and enter the percentage on the appropriate line. If you answered "No" to Question 12 or 13, insert a "0" or "Zero" as to that party. Your total percentages must equal 100%.

**Question 14**: What is the percentage of fault (if any) you assign to each of the following for the infliction of emotional distress on Shane Riley:

To the Defendant Michael Valenzuela:_____%

To the Defendant Skylar Ziegler:_____%

To Jeanetta Riley: _____%

Total must equal: 100%

## *Damages*

### For further instruction on damages see Instructions 20-24

**Question 15**: If you answered "Yes" to Question 1, 2, 5, or 7 what is the total amount of damages proven by plaintiff as a direct result of the defendants' use of excessive force on July 8, 2014?

$ ___0___

**Question 16**: If you awarded damages under Question 15, was defendants' conduct that harmed the plaintiff malicious, oppressive or in reckless disregard of the plaintiff's rights?

_____ Yes    __✓__ No

**Question 17**: If you answered "Yes" to Question 16, what amount of punitive damages do you award?

$ ___0___

**Question 18**: If you answered "Yes" to Question 8 what is the total amount of damages proven by plaintiff as a direct result of the defendant's unlawful seizure of Shane Riley on July 8, 2014?

$ ___0___

SPECIAL VERDICT FORM                     5

**Question 19:** If you answered "Yes" to Question 9 or 10 what is the total amount of damages suffered by plaintiff as a result of defendants wrongfully causing Jeanetta Riley's Death? *Note – if the percentage of fault assigned to Jeanetta Riley in Question 11 is equal to or greater than the percentage of fault assigned to each of the defendants, do not answer this question.*

$ __0__

**Question 20:** If you answered "Yes" to Questions 12 or 13, what is the total amount of damages suffered by plaintiff as a result of defendants' infliction of emotional distress on Shane Riley? *Note – if the percentage of fault assigned to Jeanetta Riley in Question 14 is equal to or greater than the percentage of fault assigned to each of the defendants, do not answer this question.*

$ __0__

_____   8/09/2019
Foreperson                  Date

SPECIAL VERDICT FORM                6